**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 511 Seaward LLC, a California limited liability company |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-3518974 |

| 4. | **Debtor's address** | **Principal place of business**<br><br>425 30th Street<br>Newport Beach, CA 92663<br>Number, Street, City, State & ZIP Code<br><br>Orange<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>511 Seaward Road Corona Del Mar, CA 92625<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |
|---|---|---|

Debtor ___511 Seaward LLC, a California limited liability company___    Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor  __511 Seaward LLC, a California limited liability company__   Case number (*if known*) _____
      Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No <br> ☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |

Debtor   511 Seaward LLC, a California limited liability company                         Case number (*if known*)
Name

- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  511 Seaward LLC, a California limited liability company    Case number (*if known*) _____
            Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 12, 2023
              MM / DD / YYYY

X _____    Robert Montgomery
Signature of authorized representative of debtor    Printed name

Title   Managing Member

**18. Signature of attorney**

X  /s/ David M. Goodrich                            Date   May 12, 2023
Signature of attorney for debtor                           MM / DD / YYYY

David Goodrich
Printed name

Golden Goodrich LLP
Firm name

650 Town Center Drive Suite 600
Costa Mesa, CA 92626
Number, Street, City, State & ZIP Code

Contact phone   (714) 966-1000    Email address   dgoodrich@go2.law

208675 CA
Bar number and State

Fill in this information to identify the case:

Debtor name: 511 Seaward LLC, a California limited liability company

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Apex Land Surveying, Inc.<br>Attn:   Officer<br>17853 Santiago Blvd., Suite 107-285<br><br>Villa Park, CA 92861 | | Trade debt | | | | $103,000.00 |
| Berk Properties, LLC<br>c/o David Davutoglu<br>428 Old Newport Blvd.<br>Newport Beach, CA 92663 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Brandy Valdez and Arnold Valdez<br>as Trustees of the Arnold and Brandy Valdez Family Trust<br>c/o Louis M. Schotemeyer, Esq.<br>NEWMEYER & DILLION LLP<br>895 Dove Street, 5th Floor<br>Newport Beach, CA 92660 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Cedar Build LLC<br>Attn:   Managing Member<br>1267 Willis Street, Suite 200<br>Redding, CA 96001 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Charles Lee<br>1267 Willis Street, Suite 200<br>Redding, CA 96001 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

| Debtor | 511 Seaward LLC, a California limited liability company | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| David Davutoglu<br>428 Old Newport Blvd.<br>Newport Beach, CA 92663 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Gabrijel Krstanovic<br>428 Old Newport Blvd<br>Newport Beach, CA 92663 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Integrated Resources, Inc.<br>Attn: Stephanie Liuag<br>505 S. Victoria Ave.<br>Corona, CA 92879 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Jeff Jen and OJ Blossom, LLC<br>C/O Jeffrey C.P. Wang, Esq.<br>WHGC, P.L.C.<br>1301 Dove Street, Suite 1050<br>Newport Beach, CA 92660 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| SCC Structural Concrete, Inc.<br>c/o Matthew Arballo, CEO<br>31500 Grape Street, Suite 3 253<br>Lake Elsinore, CA 92532 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Seaside Construction Management Company<br>c/o Gabrijel Krstanovic, Member<br>428 Old Newport Blvd.<br>Newport Beach, CA 92663 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Shahla Melamed<br>c/o Eran Lagstein, Esq.<br>1801 Century Park East, 24th Floor<br>Los Angeles, CA 90067 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Tight Quarters, Inc.<br>c/o Telford T. Cottam<br>2031 S. Anne Street<br>Santa Ana, CA 92704 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

| Debtor | 511 Seaward LLC, a California limited liability company | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vasel Malota<br>1234 E. California Ave., Suite 119<br>Glendale, CA 91206 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name: 511 Seaward LLC, a California limited liability company

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 12, 2023    X /s/ signature
Signature of individual signing on behalf of debtor

Robert Montgomery
Printed name

Managing Member
Position or relationship to debtor

**United States Bankruptcy Court**
**Central District of California**

In re  511 Seaward LLC, a California limited liability company                  Case No. _____
                                    Debtor(s)                                    Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Robert Montgomery, declare under penalty of perjury that I am the Managing Member of 511 Seaward LLC, a California limited liability company, and that the following is a true and correct copy of the resolutions adopted by the members of said limited liability company at a special meeting duly called and held on the 12th day of May, 2023.

"Whereas, it is in the best interest of this limited liabilty company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Robert Montgomery, Managing Member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the limited liabilty company; and

Be It Further Resolved, that Robert Montgomery, Managing Member of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that Robert Montgomery, Managing Member of this limited liability company is authorized and directed to employ David Goodrich, attorney and the law firm of Golden Goodrich LLP to represent the limited liabilty company in such bankruptcy case."

Date  May 12, 2023                                              Signed  /s/ Robert Montgomery
                                                                        Robert Montgomery

Resolution of Board of Directors
of
511 Seaward LLC, a California limited liability company

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Robert Montgomery, Managing Member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Robert Montgomery, Managing Member of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that Robert Montgomery, Managing Member of this limited liability company is authorized and directed to employ David Goodrich, attorney and the law firm of Golden Goodrich LLP to represent the limited liability company in such bankruptcy case.

Date   May 12, 2023                         Signed   /s/ illegible

Date   May 12, 2023                         Signed   /s/ illegible

```
Apex Land Surveying, Inc.
Attn:  Officer
17853 Santiago Blvd., Suite 107-285
Villa Park, CA 92861


Berk Properties, LLC
c/o David Davutoglu
428 Old Newport Blvd.
Newport Beach, CA 92663


Brandy Valdez and Arnold Valdez
as Trustees of the Arnold and Brandy Val
c/o Louis M. Schotemeyer, Esq. NEWMEYER
Newport Beach, CA 92660


Cedar Build LLC
Attn:  Managing Member
1267 Willis Street, Suite 200
Redding, CA 96001


Cedar Build LLC
1267 Willis Street, Suite 200
Redding, CA 96001


Charles Lee
1267 Willis Street, Suite 200
Redding, CA 96001


David  Davutoglu
428 Old Newport Blvd.
Newport Beach, CA 92663


Gabrijel Krstanovic
428 Old Newport Blvd
Newport Beach, CA 92663
```

```
Integrated Resouces, Inc.
Attn:  Stephanie Liuag
505 S. Victoria Ave.
Corona, CA 92879


Integrated Resources, Inc.
Attn:  Officer
3404 Via Porto, Suite 201
Newport Beach, CA 92663


Integrated Resources, Inc.
attn:  Stephanie Liuag
505 S. Victoria Ave.
Corona, CA 92879


Integrated Resources, Inc.
Attn:  Stephanie Liuag
505 S. Victoria Ave.
Corona, CA 92879


Jeff Jen and OJ Blossom, LLC
C/O Jeffrey C.P. Wang, Esq.
WHGC, P.L.C.  1301 Dove Street, Suite 10
Newport Beach, CA 92660


Matthew C. Mickelson, Esq.
LAW OFFICES OF MATTHEW C. MICKELSON
16055 Ventura Blvd., Suite 1230
Encino, CA 91436


OJ Blossom, LLC
Attn:  Managing Member
3404 Via Oporto, Suite 201
Newport Beach, CA 92663


Robert K. Montgomery
534 Las Fuentes Drive
Santa Barbara, CA 93108
```

```
Ruoying International, LLC
Attn:  Managing Member
3404 Via Oporto, Suite 201
Newport Beach, CA 92663


SCC Structural Concrete, Inc.
c/o Matthew Arballo, CEO
31500 Grape Street, Suite 3 253
Lake Elsinore, CA 92532


SCC Structural Concrete, Inc.
c/o Matthew Arballo, a, CEO
31500 Grape Street, Suite 3253
Lake Elsinore, CA 92532


Seaside Construction Management Company
c/o Gabrijel Krstanovic, Member
428 Old Newport Blvd.
Newport Beach, CA 92663


Shahla Melamed
c/o Eran Lagstein, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA 90067


Tight Quarters, Inc.
c/o Telford T. Cottam
2031 S. Anne Street
Santa Ana, CA 92704


Vasel Malota
1234 E. California Ave., Suite 119
Glendale, CA 91206


Vasel Malota
```

```
West Coast Servicing, Inc.
Attn:  Officer
7911 Warner Avenue
Huntington Beach, CA 92647


ZBS Law LLP
Attn:  Officer
30 Corporate Park, Suite 450
Irvine, CA 92606-3401
```